Case 1:26-mj-08129-PGL

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

RICHARD ODELIS VILLEGAS NUNEZ

*Defendant(s)*

Case No. 26-mj-8129-PGL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 4, 2025 in the county of Suffolk in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1028(a)(1) and 18 U.S.C. § 2; | Unlawful Production of an Identification Document; |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See Affidavit of Homeland Security Investigations (HSI) Task Force Officer (TFO) Rayshawn Santos-Fuentes, attached hereto.

☑ Continued on the attached sheet.

Rayshawn Santos-Fuentes /by Paul G. Levenson
*Complainant's signature*

HSI TFO Rayshawn Santos-Fuentes
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: June 15, 2026

*Judge's signature*

City and state: Boston, Massachusetts

U.S. Magistrate Judge Paul G. Levenson
*Printed name and title*