# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Rayshawn Santos-Fuentes, having been sworn, state:

## Introduction and Agent Background

1. I am a Trooper with the Massachusetts State Police ("MSP") and have been since October of 2022. I am currently assigned to the Fraud Identification Unit ("FIU") which is a specialized unit within the MSP's Division of Homeland Security and Preparedness. The primary mission of the FIU is to conduct complex identity and document fraud investigations primarily perpetrated through the Registry of Motor Vehicles ("RMV"). I am also a member of the U.S. Homeland Security Investigations ("HSI") Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes. Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices, and procedures commonly employed by people engaged in identity, benefit, and document fraud related activities.

2. I have participated in various aspects of investigations into the use and manufacture of fraudulent documents, including conducting physical surveillance, surveillance of controlled purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, and the effecting of arrests.

## Purpose of Affidavit

3. I submit this affidavit in support of an application for a criminal complaint charging Richard Odelis VILLEGAS NUNEZ with (1) producing a false identification document and aiding and abetting, in violation of 18 U.S.C. § 1028(a)(1) and 2, and (2) Aggravated Identity Theft, in

violation of 18 U.S.C. § 1028A(a)(1).

4. As set forth in more detail below, there is probable cause to believe that VILLEGAS NUNEZ unlawfully used the name, date of birth, and Social Security Number ("SSN") of a real person while knowing that these identifiers belonged to a real person. Among the evidence that VILLEGAS NUNEZ knew that this identity was that of a real person is his successful use of the identity to obtain multiple official government identification documents.

5. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation but includes only the information necessary to establish probable cause.

## Probable Cause

### The RMV Applications

6. On or about June 24, 2020, an individual submitted an application for an ID card at an RMV service center in Massachusetts. The applicant represented on the application that he was a person whose initials were J.C.G.A.[1] with the date of birth xx/xx/1988 and SSN xxx-xx-1588.[2] The individual purporting to be J.C.G.A. signed the application under penalty of perjury. The RMV took a photograph of the applicant as part of the ID card application. As a result of that application, the RMV issued the person purporting to be J.C.G.A. a Massachusetts ID card bearing number Sxxxx0087 and the photograph taken on June 24, 2020, shown below.

[1] I am protecting the identity of the victim by using initials only. The identity of the victim, J.G.A. is known to the government. These initials represent the victim's first and last names. To protect the victim's privacy, only the initials "J.C.G.A.", "J.G.A.", and "J.A." are used in this affidavit to reflect variations of the victim's full name.

[2] The SSN and DOB have been partially redacted herein. The redacted SSN and DOB referenced in the Affidavit are identical unless otherwise noted.



*6/24/20 RMV image of VILLEGAS-NUNEZ using J.C.G.A. name*

7. On or about September 16, 2020, an individual submitted an application for a Massachusetts Class D learner's permit REAL ID at an RMV service center in Massachusetts. The applicant represented on the application that he was a person whose initials were J.C.G.A. He further represented on the application that his date of birth was xx/xx/1988, that his SSN was xxx-xx-1588, and his Massachusetts driver's license number was Sxxxx0087. The individual purporting to be J.C.G.A. signed the application under penalty of perjury. A photocopy of J.C.G.A.'s Social Security card and Puerto Rico birth certificate were taken by the RMV. The Social Security card photocopy depicted an SSN of xxx-xx-1588 and the name on the card as J.C.G.A. The copy of the Puerto Rico birth certificate depicted the name J.C.G.A. with a date of birth of xx/xx/1988. As a result of that application, the RMV issued the person purporting to be J.C.G.A. a Massachusetts learner's permit bearing number Sxxxx0087 with the photograph taken on September 16, 2020, shown below.



*9/16/20 RMV image of VILLEGAS-NUNEZ using J.C.G.A. name*

8. On or about November 12, 2020, the RMV issued a Massachusetts driver's license with the number Sxxxx0087 to an individual purporting to be J.C.G.A.

9. On or about March 4, 2025, the individual purporting to be J.C.G.A. renewed his Massachusetts driver's license via the myRMV-eServices web portal. During the online application the individual would have had to confirm his last name was G.A., with a date of birth of xx/xx/1988, an SSN with the last four digits of -1588, and the Massachusetts driver's license number of Sxxxx0087. Furthermore, the online renewal includes attestation language stating: "I certify and affirm that the information provided above is my own or that I am the authorized and/or a permitted user of the information contained in this account. I understand that it is unlawful to knowingly submit false information to the Registry of Motor Vehicles, punishable as perjury . . . ." After the online renewal application was completed and any applicable fees paid, the RMV would have mailed the renewed driver's license to the mailing address on record.

10. According to RMV records, the most recent reported residential address of the individual purporting to be J.C.G.A. is on Blaine Street in Allston, MA.

**<u>Confirmation of Valid SSN</u>**

11. The Social Security Administration, Office of Inspector General has confirmed that SSN xxx-xx-1588 is assigned to J.C.G.A.

**<u>True Identity of the Victim in Puerto Rico</u>**

12. I have obtained a record of Puerto Rico's Driver and Vehicle Information Database ("DAVID") associated with the Puerto Rico driver's license of J.C.G.A. The record indicates that J.C.G.A. has the date of birth xx-xx-1988 and SSN xxx-xx-1588. The record also contains a photograph depicted below of a man whom I believe to be the real J.C.G.A.

[redacted]

*Photograph of J.C.G.A - Puerto Rico driver's license*

**<u>MassHealth and Medicaid Program</u>**

13. The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts.

14. According to MassHealth records, an account exists in the name of J.G.A., with a

date of birth of xx-xx-1988, SSN xxx-xx-1588, MassHealth Member ID XXXXXXXX6715. For the reasons discussed herein, there is probable cause to believe that VILLEGAS NUNEZ used the identity of J.G.A., including his SSN and DOB, to apply for, and receive, MassHealth benefits using the MassHealth member ID in J.G.A.'s name.

15. According to MassHealth records, on or about June 8, 2021, an application for MassHealth benefits was submitted using the identity of J.G.A. with a date of birth of xx/xx/1988 and an SSN of xxx-xx-1588. The application was signed under penalties of perjury.

16. On or about February 1, 2024, an individual purporting to be J.C.G.A. with a date of birth of xx/xx/1988, an SSN ending in -1588, and MassHealth Member ID XXXXXXXX6715 submitted a Spanish-language affidavit under penalty of perjury to MassHealth to verify Massachusetts residency and listed a residential address on Stanwood Street in Dorchester, MA.

17. On or about December 2, 2025, an individual purporting to be J.G.A. with a date of birth of xx/xx/1988, SSN of xxx-xx-1588, and MassHealth Member ID XXXXXXXX6715 submitted a Spanish-language affidavit under penalty of perjury to MassHealth to verify Massachusetts Residency and listed a residential address on Blaine Street in Allston, MA.

18. On or about April 8, 2026, an individual purporting to be J.C.G.A. with a date of birth of xx/xx/1988, an SSN of xxx-xx-1588, and MassHealth Member ID XXXXXXXX6715 submitted an affidavit to verify Massachusetts Residency under penalty of perjury to MassHealth and listed a residential address on Blaine Street in Allston, MA. With the affidavit J.C.G.A. also submitted a March 10, 2026 Eversource electric bill with the Blaine Street, Allston, MA address as proof of residency.

19. The MassHealth application submitted in or around June 2021 contained attestation language, stating "I hereby certify under the pains and penalties of perjury that the submissions

and statements I have made in this application are true and complete to the best of my knowledge, and I agree to accept and comply with the above rights and responsibilities." The application bears the signature "J.G.A." beneath the attestation.

20. From in or about June 2021 through December 2025, approximately $48,865.42 in MassHealth benefits were received by an individual claiming to be J.G.A.

**<u>Massachusetts Criminal History in J.C.G.A.'s Name</u>**

21. On or about December 3, 2020, an individual purporting to be J.C.G.A. was arrested. This record is associated with the name J.C.G.A., DOB of xx/xx/1988, SSN of xxx-xx-1588, Massachusetts state ID XXXX0687, and FBI number xxxxxXCP1. Massachusetts State Police records include the following image of the individual purporting to be J.C.G.A. that was taken during the booking process of the individual's arrest on or about December 3, 2020. Based on my comparison of that photo with the photo taken by the RMV on September 16, 2020, of the person purporting to be J.G.A., I believe these photos to depict the same person.



*12/3/20 VILLEGAS NUNEZ booking image using J.G.A. name*

**<u>Defendant's True Identity</u>**

22. The Dominican Republic has a national identification card which is called a Cedula. Federal investigators obtained information concerning Cedula Number xxxxxxx744-3, in the name Richard Odelis VILLEGAS NUNEZ, born on xx/xx/1991. The Cedula included a photograph and fingerprints associated with VILLEGAS NUNEZ. I have reviewed the Cedula for the suspected true identity of the Defendant, VILLEGAS NUNEZ depicted in the photograph below.




*Dominican Republic ID photograph of* VILLEGAS NUNEZ

22. When VILLEGAS NUNEZ was arrested on December 3, 2020, the Boston Police Department obtained his fingerprint impressions. These were submitted to the Federal Bureau of Investigations (FBI). On or about June 4, 2026, a senior fingerprint specialist at the Homeland Security Investigations Forensic Laboratory produced a report comparing the electronically submitted fingerprint card bearing fingerprint impressions and the name J.G.A. submitted to the FBI on December 3, 2020, to the electronically submitted fingerprint record from the cedula for VILLEGAS NUNEZ. This report provides that the fingerprint impressions were visually examined and identified as being made by the same individual, based on a manual comparison of the friction ridge detail of each set of fingerprint impressions.

23. I have consulted with Homeland Security Investigations. Villegas Nunez has not been inspected by immigration authorities in his true identity. Accordingly, I believe that Villegas Nunez does not have lawful status in the United States.

**Conclusion**

24. For the reasons above, I submit that there is probable cause to believe that:

a) on or about March 4, 2025, VILLEGAS NUNEZ, posing as J.C.G.A., knowingly, intentionally and without lawful authority produced and aided and abetted the production, in and affecting interstate commerce and transported by mail, of an identification document issued by the Commonwealth of Massachusetts, to wit: a driver's license; in that he obtained the document by falsely representing to the Massachusetts Registry of Motor Vehicles that his last name was G.A.; his date of birth was xx/xx/1988; and that he was assigned an SSN with the last four digits of -1588, in violation of Title 18, United States Code, Sections 1028(a)(1) and 2; and

b) on or about March 4, 2025, VILLEGAS NUNEZ, posing as J.C.G.A., did knowingly transfer, possess, or use, during and in relation to any felony enumerated in 18 U.S.C. § 1028A(c), to wit, unlawful production of an identification document, a means of identification of another person, namely, J.C.G.A., in violation of 18 U.S.C. § 1028A(a)(1).

Sworn to under the pains and penalties of perjury,

Rayshawn Santos-Fuentes /by Paul G. Levenson
Task Force Officer Rayshawn Santos-Fuentes
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1 this 15th day of June 2026.

HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE